# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DENISE LYONS, individually and on behalf of all others similarly situated, | NO. 1:21-cv-06288-LDH-MMH |
| Plaintiff, | |
| v. | **CLASS ACTION** |
| EAST COAST REALTORS, INC., | |
| Defendant. | |

## NOTICE OF SETTLEMENT

Plaintiff Denise Lyons and Defendant East Coast Realtors, Inc. hereby notify the Court that the parties have reached a settlement in principle to resolve this matter. The parties anticipate filing a Notice of Dismissal of the action with prejudice as to the Plaintiff's individual claim within 30 days. Accordingly, the parties respectfully request that all current deadlines and hearings be suspended pending the filing of the Notice of Dismissal.

Dated: September 29, 2022

Respectfully submitted,

/s/ Avi Kaufman
Avi R. Kaufman
kaufman@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881

Stefan Coleman
law@stefancoleman.com
Law Offices of Stefan Coleman, P.A.
11 Broadway, Suite 615
New York, NY 10001
Telephone: (877) 333-9427
Facsimile: (888) 498-8946
*Counsel for Plaintiff and the putative Classes*

/s/ *Mitchell L. Williamson*
MITCHELL L. WILLIAMSON, Esq.
Barron & Newburger, P.C.
458 Elizabeth Ave - Suite 5371
Somerset, New Jersey 08873
(732) 732-328-9480
mwilliamson@bn-lawyers.com
*Attorneys for Defendant*
*East Coast Realtors, Inc.*