# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DENISE LYONS, individually and on behalf of all others similarly situated, | : | NO. 1:21-cv-06288-LDH-MMH |
| Plaintiff, | : | |
| v. | : | **CLASS ACTION** |
| EAST COAST REALTORS, INC., | : | |
| Defendant. | : | |

## STIPULATION OF DISMISSAL

Plaintiff Denise Lyons and Defendant East Coast Realtors, Inc. hereby stipulate to the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

Dated: October 12, 2022        Respectfully submitted,

/s/ Avi Kaufman
Avi R. Kaufman
kaufman@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881

Stefan Coleman
law@stefancoleman.com
Law Offices of Stefan Coleman, P.A.
11 Broadway, Suite 615
New York, NY 10001
Telephone: (877) 333-9427
Facsimile: (888) 498-8946
*Counsel for Plaintiff and the putative Classes*

/s/ Mitchell L. Williamson

2

        MITCHELL L. WILLIAMSON, Esq.
        Barron & Newburger, P.C.
        458 Elizabeth Ave - Suite 5371
        Somerset, New Jersey 08873
        (732) 732-328-9480
        mwilliamson@bn-lawyers.com
        *Attorneys for Defendant*
        *East Coast Realtors, Inc.*